

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2018

No. 04-18-00587-CV

Beatrice J. Janacek **JARZOMBEK**, Phillip Janacek, Ben J. Janacek, Kathryn M. Janacek Vajdos, Lawrence J. Janacek, Margaret R. Janacek Ryan, Sister Rebecca Janacek and Timothy E. Janacek,
Appellants

v.

**MARATHON OIL COMPANY**,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 18-01-00016-CVK
Honorable Stella Saxon, Judge Presiding

## O R D E R

The appellees' first agreed motion for extension of time to file brief is hereby GRANTED. Time is extended to December 10, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court